S-cain, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GEORGE G. SCOTT, Individually and On Behalf of All Others Similarly Situated,

                Plaintiff,

vs.

GENERAL MOTORS COMPANY, EDWARD E. WHITACRE, JR., CHRISTOPHER P. LIDDELL, NICK S. CYPRUS, DANIEL F. AKERSON, DAVID BONDERMAN, ERROLL B. DAVIS, JR., STEPHEN J. GIRSKY, E. NEVILLE ISDELL, ROBERT D. KREBS, PHILIP A. LASKAWAY, MORGAN STANLEY & CO. INCORPORATED, J.P. MORGAN SECURITIES LLC, MERRILL LYNCH, PIERCE, FENNER. & SMITH INCORPORATED, CITIGROUP GLOBAL MARKETS INC., BARCLAYS CAPITAL INC., CREDIT SUISSE SECURITIES (USA) LLC, DEUTSCHE BANK SECURITIES INC., GOLDMAN, SACHS & CO., RBC CAPITAL MARKETS CORPORATION, BANCO BRADESCO BBI S.A., CIBC WORLD MARKETS CORP., COMMERZ MARKETS LLC, BNY MELLON CAPITAL MARKETS, LLC, ICBC INTERNATIONAL SECURITIES LIMITED, ITAU BBA USA SECURITIES, INC., LLOYDS TSB BANK PLC, CHINA INTERNATIONAL CAPITAL CORPORATION HONG KONG SECURITIES LIMITED, LOOP CAPITAL MARKETS LLC, THE WILLIAMS CAPITAL GROUP, L.P., SOLEIL SECURITIES CORPORATION, SCOTIA CAPITAL (USA) INC., PIPER JAFFRAY & CO., SMBC NIKKO CAPITAL MARKETS LIMITED, SANFORD C. BERNSTEIN & CO., LLC, CASTLEOAK SECURITIES, L.P., C.L. KING & ASSOCIATES, INC., FBR CAPITAL MARKETS & CO., GARDNER RICH, LLC, LEBENTHAL & CO., LLC, MURIEL SIEBERT & CO., INC., SAMUEL A. RAMIREZ & COMPANY, INC., CABRERA CAPITAL MARKETS, LLC, and CF GLOBAL TRADING LLC,

                Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 3 1 2012

12 Civ. 5124 (LTS) (JLC)

**ECF CASE**

STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO COMPLAINT

WHEREAS, plaintiff George G. Scott ("Plaintiff") in the above-captioned putative class action filed an initial complaint on June 29, 2012 (the "Complaint");

WHEREAS, Plaintiff has not yet effectuated service of the Complaint on certain of the defendants;

WHEREAS, the parties wish to continue the date for any response to the Complaint until after the entry of an order appointing lead plaintiff and approving of lead plaintiff's selection of lead counsel pursuant to the Private Securities Litigation Reform Act, 15 U.S.C. §§ 77z-1(a)(3) & 78u-4(a)(3) (the "PSLRA"); and

WHEREAS, there have been no previous requests for extension in this action.

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel, unless otherwise ordered by the Court, that:

(1) Lead plaintiff shall have sixty (60) days from the entry of the order appointing lead plaintiff and lead counsel pursuant to the PSLRA to file a consolidated amended complaint or designate the Complaint as the operative complaint (the "Operative Complaint");

(2) All defendants who have been served in the action shall move, answer, or otherwise respond to the Operative Complaint within sixty (60) days after the filing or designation of the Operative Complaint;

(3) In the event that a defendant moves to dismiss the Operative Complaint: *[initials]*

   (a) Lead plaintiff shall have ~~sixty (60)~~ *forty-five (45)* days from the date such motion is served to serve opposition papers; and

   (b) That defendant shall have ~~forty-five (45)~~ *twenty-one (21)* days from the date opposition papers are served by lead plaintiff to serve reply papers; *[initials]*

(4) Defendants shall have no obligation to move, answer, or otherwise respond to the Complaint unless lead plaintiff designates the Complaint as the Operative Complaint; and

2

(5)     Defendants reserve all of their respective rights and defenses, including without limitation any defenses that a defendant may have as to adequacy of service, subject matter jurisdiction, and personal jurisdiction.

Dated:  July 24, 2012                          STEWARTS LAW US LLP
                                               DAVID A. STRAITE
                                               RALPH N. SIANNI
                                               MICHELE S. CARINO

                                               _____
                                               David A. Straite

                                               535 Fifth Avenue, 4th Floor
                                               New York, NY 10017
                                               Tel: (212) 897-3730
                                               Fax: (212) 897-3733
                                               dstraite@stewartslaw.com

                                               RYAN & MANISKAS, LLP
                                               KATHARINE M. RYAN
                                               RICHARD A. MANISKAS
                                               995 Old Eagle School Road, Suite 311
                                               Wayne, PA 19087
                                               Tel.: (484) 588-5516
                                               Fax: (484) 450-2582
                                               rmaniskas@rmclasslaw.com

                                               *Attorneys for Plaintiff George G. Scott*

Dated: July 24, 2012

KIRKLAND & ELLIS, LLP
LAUREN CASAZZA

*Lauren Casazza*/OW
Lauren Casazza

601 Lexington Avenue
New York, New York 10022
Tel: (212) 446-4800
Fax: (212) 446-4900

*Attorneys for Defendants General Motors Company, Edward E. Whitacre, Jr., Christopher P. Liddell, Nick S. Cyprus, Daniel F. Akerson, David Bonderman, Erroll B. Davis, Jr., Stephen J. Girsky, E. Neville Isdell, Robert D. Krebs, and Philip A. Laskaway*

4

Dated:   July 24, 2012

FRIED, FRANK, HARRIS, SHRIVER
 & JACOBSON LLP
WILLIAM G. MCGUINNESS
ISRAEL DAVID

*William McGuinness*

William G. McGuinness

One New York Plaza
New York, New York 10004-1980
Tel:  (212) 859-8000
Fax: (212) 859-4000
william.mcguinness@friedfrank.com
israel.david@friedfrank.com

*Attorneys for Defendants Morgan Stanley & Co. LLC, J.P. Morgan Securities LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., Barclays Capital Inc., Credit Suisse Securities (USA) LLC, Deutsche Bank Securities Inc., Goldman, Sachs & Co., RBC Capital Markets Corporation, Banco Bradesco BBI S.A., CIBC World Markets Corp., Commerz Markets LLC, BNY Mellon Capital Markets, LLC, ICBC International Securities Limited, Itau BBA USA Securities, Inc., Lloyds TSB Bank plc, China International Capital Corporation Hong Kong Securities Limited, Loop Capital Markets LLC, The Williams Capital Group, L.P., Soleil Securities Corporation, Scotia Capital (USA) Inc., Piper Jaffray & Co., SMBC Nikko Capital Markets Limited, Sanford C. Bernstein & Co., LLC, CastleOak Securities, L.P., C.L. King & Associates, Inc., FBR Capital Markets & Co., Gardner Rich, LLC, Lebenthal & Co., LLC, Muriel Siebert & Co., Inc., Samuel A. Ramirez & Company, Inc., Cabrera Capital Markets, LLC, and CF Global Trading, LLC.*

* * *

## ORDER

IT IS SO ORDERED:

Dated: July 30, 2012

_____
UNITED STATES DISTRICT JUDGE

8678024