**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
George G. Scott, Individually and on behalf of
all others similarly situated,

                Plaintiffs,

-against-

General Motors Company et al.,
                Defendants.
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED 09/04/2014

12 **CIVIL** 5124 (LTS)(JLC)

**JUDGMENT**

      Defendants having moved to dismiss the Amended Complaint (Doc. #57 & #61) pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable Laura Taylor Swain, United States District Judge, and the Court, on September 4, 2014, having rendered its Memorandum Opinion and Order (Doc. #83) dismissing the Amended Complaint with prejudice in its entirety.  The Order resolves docket entry numbers 57 and 61and directing the Clerk of Court to enter judgment dismissing the Amended Complaint and to close this case, it is,

      **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Opinion and Order dated September 4, 2014, the Amended Complaint is dismissed with prejudice in its entirety and the Order resolves docket entry numbers 57 and 61; accordingly, the case is closed.

**Dated:**  New York, New York
         September 4, 2014

                                                 **RUBY J. KRAJICK**

                                                 _____
                                                    **Clerk of Court**
                            **BY:**     *K. Mango*
                                                      _____
                                                    **Deputy Clerk**